UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORLITA PARKER WELLS | CIVIL ACTION |
| VERSUS | NO. 23-2658 |
| SANDRA FOREMAN | SECTION M (4) |

## ORDER

Considering the joint motion to dismiss with prejudice filed by plaintiff Norlita Parker Wells and defendants Sandra Foreman, Liberty Mutual Automobile Insurance Company, and Liberty County Mutual Insurance Company because there is a settlement between these parties (R. Doc. 17),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff's claims against Sandra Foreman, Liberty Mutual Automobile Insurance Company, and Liberty County Mutual Insurance Company are DISMISSED WITH PREJUDICE, each party to bear its own costs. Plaintiff reserves her rights to proceed against defendant United Services Automobile Association.

New Orleans, Louisiana, this 24th day of January, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE